CARODIX CORPORATION, Respondent, *v.* ANNA COMISKEY et al., Defendants, and ALICE SEACORD, as Executrix and Trustee under the Will of CHARLES G. BANKS, Deceased, Defendant-Appellant.

Argued October 21, 1943; decided December 2, 1943.

*Lyle E. Mahan* and *Morgan H. Seacord* for appellant.

*Sidney H. Posner, Reuben v. K. Posner* and *Hyman Satenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.